No. 99–9786. PINO MENDIVIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–362. GALINDO DEL VALLE v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–753. RODRIGUEZ v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied.

No. 00–962. ASHCROFT, ATTORNEY GENERAL v. MAHADEO. C. A. 1st Cir. Certiorari denied.

No. 00–1318. LOCAL 134, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, ET AL. v. CHATHAS ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–1372. BONEY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 00–1470. RELFORD ET AL. v. LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT CIVIL SERVICE COMMISSION. Ct. App. Ky. Certiorari denied.

No. 00–1488. ARKANSAS DEPARTMENT OF EDUCATION v. JIM C. ET AL., INDIVIDUALLY AND AS PARENTS AND NEXT FRIENDS OF J. C. ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–1496. BROWN v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 00–1499. AUGUSTUS ET AL. v. SURFACE TRANSPORTATION BOARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1500. MENDIOLA v. SCHOMIG, WARDEN. C. A. 7th Cir. Certiorari denied.